FIRST DEPARTMENT, NOVEMBER, 1936.

(November 2, 1936.)

LEE WITKIN and LAURELLA HARPER, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied, and a preference granted in the trial of the action. No opinion. Present — Martin, P. J., O'Malley, Townley and Untermyer, JJ.

(November 4, 1936.)

STARKIE HOLDING CORPORATION v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal or for a reargument denied. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

STARKIE HOLDING CORPORATION v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion granted as indicated in order. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

(November 6, 1936.)

JOHN T. WHALEN, Respondent, v. GENERAL MINING, MILLING & POWER COMPANY and Others, Defendants, Impleaded with WILLIAM A. COCHRANE and CHARLES H. SIMMONS, Appellants.— Order denying motion to dismiss the complaint reversed, with twenty dollars costs and disbursements, and the motion granted on the ground that the corporation is a necessary party (*Greaves* v. *Gouge*, 69 N. Y. 154) and must be served in the action within a reasonable time (*Lawrence* v. *Southern Pacific Company*, 180 Fed. 822). The service attempted to be made on the corporation originally having been vacated and seventeen months having elapsed thereafter, it has become apparent that service cannot be effected and a further delay would be useless. (Dore, J., dissenting.) Appeal from order denying motion to grant a stay dismissed. No opinion. (Dore, J. dissenting.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

IRVING TRUST COMPANY, Appellant, v. BENANN HOLDING CORPORATION and Others, Respondents, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

THE INGALLS IRON WORKS COMPANY, a Corporation, Appellant, v. BANKERS-COMMERCIAL SECURITY COMPANY, INC., Defendant, Respondent. AMERICAN TANKERS CORPORATION OF DELAWARE, Impleaded-Defendant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

BENJAMIN BARON, Respondent, v. PICCADILLY WINE & LIQUOR CORP., Appellant. (Action No. 1.) BENJAMIN BARON, Respondent, v. PICCADILLY WINE & LIQUOR CORP. and Others, Appellants, Impleaded with Another. (Action No. 2.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ. 601